AO-10-(WP)
Rev. 1/2004

**FOR CALENDAR YEAR 2003**

*in Government Act of 1978,
(5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARRILL, EARL H. | District Court - ARIZONA | 5/3/04 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (SENIOR STATUS) | ___ Nomination, Date _____ <br> ___ Initial  X Annual  ___ Final | 1/1/2003 <br> to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 W. WASHINGTON St. STE.521 SPC 48 PHOENIX AZ. 85003-2151 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ]  NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

RECEIVED
MAY 11  10 50 AM '04
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/3/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE            DESCRIPTION

[X] NONE (No such reportable reimbursements.)

1
2 _____     _____
3 _____     _____
4 _____     _____
5 _____     _____
6 _____     _____
7 _____     _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE            DESCRIPTION            VALUE

[X] NONE (No such reportable gifts.)

1            $
2 _____   _____   $
3 _____   _____   $
4 _____   _____   $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR            DESCRIPTION            VALUE CODE*

[X] NONE (No reportable liabilities.)

1
2 _____   _____   _____
3 _____   _____   _____
4 _____   _____   _____
5 _____   _____   _____

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/3/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(x)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 AETNA INC. NEW | A | D | J | + | | | | | |
| 2 BANK OF AMERICA | A | I | K | + | | | | | |
| 3 BANK ONE CORP. | A | I | K | + | | | | | |
| 4 COMPAS BANK | A | I | J | + | | | | | |
| 5 AMERICAN EXPRESS | A | D | L | + | | | | | |
| 6 PUTNAM FUND | D | D | M | + | | | | | |
| 7 ANHEUSER BUSCH Cos. | D | D | N | + | | | | | |
| 8 NAVISTAR | A | D | J | + | | | | | |
| 9 CITIZENS Utilities | A | D | J | + | | | | | |
| 10 ENTERGY CORP. | A | D | J | + | | | | | |
| 11 DEVON ENERGY Corp. | A | D | J | + | | | | | |
| 12 SALT RIVER Proj. Bonds | A | I | J | + | | | | | |
| 13 EXXON MOBIL CORP. | A | D | J | + | | | | | |
| 14 IBM | A | D | J | + | | | | | |
| 15 MOTOROLA | A | D | L | + | | | | | |
| 16 HONEYWELL Int. Inc. | A | D | K | + | | | | | |
| 17 BANK ONE CORP. | A | D | J | + | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/3/04 |

## VII. Page 2. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g, div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g, buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 SALT RIVER PROJECT MUNICIPAL BONDS | A | I | J | + | | | | | |
| 2 PHOENIX COUNTRY CLUB STOCK | NONE | | K | + | | | | | |
| 3 NATIONWIDE INS. ANNUITIES | NONE | | L | + | | | | | |
| 4 JACKSON NAT. ANNUITIES | NONE | | M | + | | | | | |
| 5 U.S. SAVINGS BONDS | NONE | | L | + | | | | | |
| 6 GREAT HALL PRIME | A | D | K | + | | | | | |
| 7 EQUITABLE IRA's | NONE | | M | + | | | | | |
| 8 MINERAL RIGHTS-PEARL RIVER Co. MISSISSIPPI | NONE | | (VALUE UNKNOWN) | | | | | | |
| 9 ████████ LAGUNA BEACH, CA. | D | RENT | L | S → | (SEE SEC. VIII.) | | | | |
| 10 (THE FOLLOWING ARE HELD IN DAIN RAUSCHER IRA ACCOUNT) | | | | | | | | | |
| 11 WYETH | B | D | L | + | | | | | |
| 12 AMERICA T+T | A | D | J | + | | | | | |
| 13 SBC. COM INC | A | D | J | + | | | | | |
| 14 VERIZON COMMUNICATIONS | A | D | J | + | | | | | |
| 15 BELL SOUTH | A | D | J | + | | | | | |
| 16 QWEST COMMUNICATIONS | A | D | J | + | | | | | |
| 17 CARLISLE | B | D | L | + | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/3/04 |

## VII. Page 3. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Sprint Corp. Fon Group | A | D | K | + | | | | | |
| 2 FMC Corp. | A | D | J | + | | | | | |
| 3 IBM | A | D | K | + | | | | | |
| 4 Heola Mining | A | D | J | + | | | | | |
| 5 Lubrizol | A | D | K | + | | | | | |
| 6 Phelps Dodge | A | D | J | + | | | | | |
| 7 RPM | A | D | K | + | | | | | |
| 8 Schering-Plough | B | D | L | + | | | | | |
| 9 Bank One Corp. | A | D | J | + | | | | | |
| 10 West Pharmaceutical Svcs | A | D | K | + | | | | | |
| 11 Weyerhaeuser | A | D | J | + | | | | | |
| 12 Great Hall Prime | A | D | J | + | | | | | |
| 13 Norfolk Southern | A | D | K | + | | | | | |
| 14 Baker Hughes Inc. | A | D | K | + | | | | | |
| 15 BP Plc Spons ADR | B | D | K | + | | | | | |
| 16 Lucent Technologies | A | D | J | + | | | | | |
| 17 Alltel Corp. | A | D | J | + | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/3/04 |

## VII. Page 4. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 SPRINT CORP. P.C.S. | A | D | J | + | | | | | |
| 2 Att WIRELESS SERV. | A | D | J | + | | | | | |
| 3 Comstat Corp. CL A NEW | A | D | J | + | | | | | |
| 4 FMC TECHNOLOGIES INC. | A | D | J | + | | | | | |
| 5 WELLS FARGO BK. SAV. | A | I | K | + | | | | | |
| 6 WELLS FARGO BK. CD | B | I | K | + | | | | | |
| 7 SCHERING-PLOUGH CORP. | A | D | K | + | | | | | |
| 8 U.S. SAVINGS BONDS | E | I | | | CASHED BONDS | 10/18 | K | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1 D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1 D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CARROLL, EARL H. | 5/3/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. PAGE 2 - LINE 9 - VALUE METHOD "S" ASSESSED FULL
VALUE - ORANGE County, CA. TREASURER BILL 2003-2004
$86,054.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date May 3, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544